No. 02–671.  JENKINS *v.* JACKSON ET UX.  Int. Ct. App. Haw. Certiorari denied.

No. 02–673.  BARBER *v.* COX, SECRETARY OF STATE OF GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–676.  ADAIR *v.* SMITH, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 02–677.  PALUMBO *v.* WEILL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–681.  ARCADE TEXTILES, INC., ET AL. *v.* SECURITY INSURANCE COMPANY OF HARTFORD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–684.  WATKINS *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 02–685.  BROWN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–689.  SCHEIBER *v.* DOLBY LABORATORIES, INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 02–690.  NYEHOLT *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 02–691.  PICKELMAN ET AL. *v.* MICHIGAN STATE POLICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–694.  JOHNSON ET VIR *v.* EMERALD GREENS PROPERTY OWNERS ASSOCIATION BOARD OF DIRECTORS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–696.  LIMBOCKER *v.* SMITH, SHERIFF, SANTA CLARA COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–698.  PACE *v.* GAINES, JUDGE, SUPERIOR COURT OF ARIZONA, COUNTY OF MARICOPA, ET AL.  Ct. App. Ariz.  Certiorari denied.